## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stanton, Nicole  
        <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 13-11368 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9106

        Respectfully submitted,

        **/s/Brian C. Nicholas, Esquire**  
        Brian C. Nicholas, Esquire  
        Thomas Puleo, Esquire  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 825-6306  FAX (215) 825-6406