## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole Stanton <br>                 Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br>                 Movant <br>    vs. <br> Nicole Stanton <br>                 Debtor | NO. 13-11368 SR |
| Frederick L. Reigle <br>                 Trustee | 11 U.S.C. Sections 362 |

## **ORDER**

AND NOW, this _____ day of _____, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED and Movant's approval of the Loan Modification Agreement signed by the Debtor on September 2, 2014, and the execution of said agreement, and any recordation of the agreement in the County land records, do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C. § 549.

_____
**Stephen Raslavich,** United States Bankruptcy Judge

**Dated: May 24, 2017**

cc: See attached service list

Nicole Stanton
6536 Ogontz Avenue
Philadelphia, PA 19144

Georgette Miller, Esq.
Law Office of Georgette Miller Esq., PC
335 Evesham Avenue
Lawnside, NJ 08045

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532