United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nicole Stanton
    Debtor

Case No. 13-11368-sr
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: May 24, 2017 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.
db          +Nicole Stanton,    6536 Ogontz Avenue,     Philadelphia, PA 19126-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
          bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         GEORGETTE MILLER    on behalf of Debtor Nicole Stanton info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         MARTHA E. VON ROSENSTIEL    on behalf of Creditor    United Shore Financial Services, LLC
          marty@mvrlaw.com,   erin@mvrlaw.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nicole Stanton<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　　　　Movant<br>　　　vs.<br>Nicole Stanton<br>　　　　　　　　　　Debtor | NO. 13-11368 SR |
| Frederick L. Reigle<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this       day of            , 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED and Movant's approval of the Loan Modification Agreement signed by the Debtor on September 2, 2014, and the execution of said agreement, and any recordation of the agreement in the County land records, do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C. § 549.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Stephen Raslavich,** United States Bankruptcy Judge

cc: See attached service list

**Dated: May 24, 2017**

Nicole Stanton
6536 Ogontz Avenue
Philadelphia, PA 19144

Georgette Miller, Esq.
Law Office of Georgette Miller Esq., PC
335 Evesham Avenue
Lawnside, NJ 08045

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532