United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole Stanton  
     Debtor

Case No. 13-11368-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 30, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.  
db          +Nicole Stanton,    6536 Ogontz Avenue,    Philadelphia, PA 19126-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       GEORGETTE MILLER    on behalf of Debtor Nicole  Stanton info@georgettemillerlaw.com,  
        georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       MARTHA E. VON ROSENSTIEL    on behalf of Creditor    United Shore Financial Services, LLC  
        marty@mvrlaw.com,  erin@mvrlaw.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bkgroup@kmllawgroup.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                           TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicole Stanton : CHAPTER 13
:
Debtor, : CASE NO. 13-11368

## ORDER

It is hereby **ORDERED** that:

AND Now, upon consideration of the Application for Compensation ("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicants certification that proper service has been made on all interested parties and upon the Applicant certification of no response.

1. The Application is **GRANTED**.
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of 1,500,.00.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge **Stephen Raslavich**

**Dated: August 30, 2017**

William C. Miller, Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Nicole Stanton
6536 Ogontz Ave.
Philadelphia, Pa 19144

{00285572;v1}