United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-11368-jkf
Nicole Stanton                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Oct 12, 2018
                              Form ID: 138NEW         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
```
db             +Nicole Stanton,   6536 Ogontz Avenue,   Philadelphia, PA 19126-3408
13081503       +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk VA 23541-0907
13251756        Lakeview Loan Servicing LLC,   M & T Bank,   One Fountain Plaza,
                 7th Floor - Payment Processing,   Buffalo, NY 14203-1495
13135424       +Law Office Of Georgette Miller,   335 Evesham Ave.,   Lawnside, NJ 08045-1661
13015471       +PHILA GAS WORKS,   800 W MONTGOMERY AVE,3F,   PHILA PA 19122-2898,   ATTN:BANKRUPTCY UNIT
12972966       +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
12972967       +Shore Financial Servic,   555 S Adams Rd,   Birmingham, MI 48009-6756
12972968        Shore Mortgage,   PO BOX 5914,   Santa Rosa, CA 95402-5914
12972969       +Shoremtg,   770 S Adams #200,   Birmingham, MI 48009-6948
12972970       +Sterling Credit Corp,   716 N Bethlehem Pike Ste,   Ambler, PA 19002-2656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2018 02:44:16
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2018 02:44:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 02:53:05
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13064858        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2018 02:52:55
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13034705       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 13 2018 02:44:27     Asset Acceptance LLC,
                 P.O. Box 2036,   Warren Mi 48090-2036
12972955        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 02:53:35     Cap One,
                 Po Box 85520,   Richmond, VA 23285
12972956       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 02:53:12     Cap One,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
12972958       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 13 2018 02:43:54     Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,   Westerville, OH 43081-2873
13013421       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Oct 13 2018 02:43:49     Freedom Credit Union,
                 626 Jacksonville Road,   Suite 250,   Warminster PA 18974-4862
12972959       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Oct 13 2018 02:43:49     Freedom Cu,
                 626 Jacksonville Rd Ste,   Warminster, PA 18974-4872
12972963        E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 02:52:45     Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13104302        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2018 02:52:46
                 LVNV Funding, LLC its successors and assigns as,   assignee of NCOP Capital, Inc,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12972964       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2018 02:44:27     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13054400       +E-mail/Text: bncmail@w-legal.com Oct 13 2018 02:44:39     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12972965       +E-mail/PDF: cbp@onemainfinancial.com Oct 13 2018 02:53:28     Onemain,   Po Box 499,
                 Hanover, MD 21076-0499
13093503        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 02:53:28
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13066719        E-mail/Text: bnc-quantum@quantum3group.com Oct 13 2018 02:43:55
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13022963       +E-mail/Text: bknotifications@provident.com Oct 13 2018 02:45:14
                 United Shore Financial Svcs, LLC,   C/O Provident Funding Associates, L.P.,
                 1235 N. Dutton Avenue, Suite E,   Santa Rosa, CA 95401-4666
12972971       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 13 2018 02:43:35
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12972957*      +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
12972960*      +Freedom Cu,   626 Jacksonville Rd Ste,   Warminster, PA 18974-4872
12972961*      +Freedom Cu,   626 Jacksonville Rd Ste,   Warminster, PA 18974-4872
12972962*      +Freedom Cu,   626 Jacksonville Rd Ste,   Warminster, PA 18974-4872
13330096*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
13330359*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 7, ## 0
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Oct 12, 2018
                              Form ID: 138NEW             Total Noticed: 30
```

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              GEORGETTE MILLER    on behalf of Debtor Nicole  Stanton info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    United Shore Financial Services, LLC
               marty@mvrlaw.com, erin@mvrlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nicole Stanton
    Debtor(s)

Bankruptcy No: 13−11368−jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/12/18

96 − 95
Form 138_new