United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole Stanton  
     Debtor

Case No. 13-11368-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Dec 17, 2018  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.  
db        +Nicole Stanton,   6536 Ogontz Avenue,   Philadelphia, PA 19126-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC  
         bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC  
         bkgroup@kmllawgroup.com  
        GEORGETTE  MILLER    on behalf of Debtor Nicole  Stanton info@georgettemillerlaw.com,  
         georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC  
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        MARTHA E. VON ROSENSTIEL    on behalf of Creditor    United Shore Financial Services, LLC  
         marty@mvrlaw.com,  erin@mvrlaw.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC  
         bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
                                                                                                                         TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Nicole Stanton : Case No. 13–11368–jkf
     Debtor(s)

***ORDER***
_____

AND NOW, this day , December 17, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Jean K. FitzSimon
          Judge , United States Bankruptcy Court